**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**FRANK LASSITER**                                                                                          **PLAINTIFF**

**V.**                                                       **CIVIL ACTION NO.:** 3:21-cv-574-HTW-LGI

**THE MERCHANTS COMPANY**                                                                **DEFENDANT**

**COMPLAINT**
**JURY TRIAL DEMANDED**

**COMES NOW** the Plaintiff, Frank Lassiter, by and through his counsel, Watson & Norris, PLLC, and files this action to recover damages for violations of his rights under the Age Discrimination in Employment Act of 1967 (ADEA), as amended, against Defendant, The Merchants Company. In support of this cause, the Plaintiff would show unto the Court the following facts to-wit:

**PARTIES**

1. Plaintiff, Frank Lassiter, is an adult male resident citizen of Rankin County, Mississippi, who is over the age of forty (40) and thus is a covered "employee" as defined by the ADEA.

2. Defendant, The Merchants Company, is a Mississippi corporation that employs 20 or more employees and thus is a covered "employer" as defined by the ADEA. Defendant may be served with process through its registered agent: Andrew B. Mercier, 1100 Edwards Street, Hattiesburg, Mississippi 39401.

**JURISDICTION AND VENUE**

3. This Court has federal question and venue is proper in this Court.

4. Plaintiff timely filed a Charge of Discrimination on November 5, 2020, with the EEOC, a true and correct copy of which is attached as Exhibit "A." On June 15, 2021, the EEOC issued a Dismissal and Notice of Rights, a true and correct copy is attached as Exhibit "B." Plaintiff timely files this cause of action within ninety (90) days of receipt of his Dismissal and Notice of Rights.

5. Plaintiff has been discriminated against because of his age in violation of the Age Discrimination in Employment Act.

## STATEMENT OF THE FACTS

6. Plaintiff is a 70-year-old male resident of Rankin County, Mississippi and was more than qualified for the position of Sales Specialist based on his years of experience.

7. Defendant hired Plaintiff on March 28, 2011, as a Sales Specialist at The Merchants Company (TMC).

8. On April 1, 2020, along with Sales Specialist Johnny Cassata (62 years old), Plaintiff was furloughed due to the Covid-19 pandemic.

9. Two more Sales Specialists (Paul Thomas – 59 years old and Matthew Kajdan – 35 years old) were furloughed on April 8, 2020.

10. All four employees were told they would likely be returned to work on July 17, 2020.

11. Between April and May 2020, two new significantly younger and much less experienced Sales Representatives, Deke Hewes – 53 years old and Jonathan Stark – 39 years old, were hired.

12. While Plaintiff had very ample experience to make him a strong candidate for these positions, he was not offered the opportunity to apply for either of them.

13. On July 17, 2020, Plaintiff was contacted by Director of Sales Josh Brass and informed that his position had been "eliminated."

14. Plaintiff later found out that two other significantly younger Sales Specialists of TMC had been reinstated to their positions (i.e., Mr. Kajdan and Mr. Cassata).

15. Although Mr. Thomas was not reinstated to a Sales Specialist position, he was allowed to move into a vacant position (i.e., District Sales Manager) on August 3, 2020, when the person who previously held that position retired.

16. Plaintiff was not given the opportunity to apply for this position, even though he has substantially more sales and managerial experience (i.e., 28 years) than Mr. Thomas (i.e., ten years).

17. Despite Plaintiff's considerably long and successful tenure with TMC, Plaintiff was not even offered a severance package.

## CAUSE OF ACTION

## COUNT I: VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967 (ADEA)

18. Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 17 above as if fully incorporated herein.

19. Defendant unlawfully discriminated against Plaintiff because of his age, (69 when furloughed due to the Covid-19 pandemic) currently 70. At age 69, Plaintiff was in the protected age category of the ADEA. Plaintiff was more than qualified for his position as Sales Specialist with the Defendant. Plaintiff suffered an adverse employment decision, i.e., termination. The similarly situated individuals listed above – Hewes and

Stark, were substantially younger and significantly lesser qualified individuals who were offered employment whereas Plaintiff was not. The other similarly situated individuals listed above – Kajdan and Thomas, were substantially younger and significantly lesser qualified individuals who were recalled whereas Plaintiff was not.

20. Plaintiff has been harmed as a result of this willful age discrimination, and the Defendant is liable to Plaintiff for the same.

21. Plaintiff was discriminated against and discharged because of his age, in violation of the Age Discrimination in Employment Act of 1967.

22. The acts of Defendant constitute a willful intentional violation of the ADEA and entitle Plaintiff to recovery of back wages, reinstatement or front pay in lieu of reinstatement, liquidated damages and attorney fees.

23. As a direct and proximate result of the acts and omissions of the Defendant described above, Plaintiff has suffered and will continue to suffer lost wages and benefits.

## **PRAYER FOR RELIEF**

**WHEREFORE PREMISES CONSIDERED**, Plaintiff respectfully prays that upon hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined by the jury:

1. Back wages;
2. Reinstatement or front pay in lieu of reinstatement;
3. Liquidated damages;
4. Lost benefits;
5. Tax gross-up and all make whole relief:
6. Pre-judgment and post-judgment interest;
7. Attorney's fees;
8. Costs and expenses; and
9. Any other relief to which he may be properly entitled under the ADEA.

THIS the 8th day of September 2021.

        Respectfully submitted,

        FRANK LASSITER, PLAINTIFF

        By: /s/Louis H. Watson, Jr.
            Louis H. Watson, Jr. (MB# 9053)
            Nick Norris (MB#101574)
            Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, Mississippi 39232-9212
Phone: (601) 968-0000
Fax: (601) 968-0010
Email: louis@watsonnorris.com
       nick@watsonnorris.com